ALAN D. CAMPBELL
CARTER L. FJELD
VELIKANJE HALVERSON, P.C.
405 E. Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
acampbell@vhlegal.com
cfjeld@vhlegal.com
(509)248-6030

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>SCOTT WOODWORTH and<br>MESHELLE WOODWORTH,<br>    Debtor<br><br>DEALER SERVICES CORPORATION,<br><br>    Plaintiff<br>v.<br><br>SCOTT WOODWORTH,<br>  A/K/A SCOTT CHARLES WOODWORTH,<br><br>    Defendant | CASE NO. 09-04500-FLK7<br><br>Adv. Pro. No. 10-80094-FLK<br><br>AGREED FINDINGS OF<br>FACT AND CONCLUSIONS<br>OF LAW |

THIS MATTER having come on regularly before the above encaptioned court upon the stipulation of Plaintiff Dealer Services Corporation (DSC) by and through its attorney of record and Defendant Scott Woodworth by and through his attorney of record as is evidenced by their endorsements hereon below, and the court having reviewed the pleadings and documents on record, to include, without limitation, the

Agreed Findings of Fact and
Conclusions of Law - 1

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

10-80094-FLK    Doc 25    Filed 03/25/11    Entered 03/28/11 09:08:36    Pg 1 of 3

Affidavit of Kristi E. Miller, and deeming itself otherwise fully advised in the premises, does herewith make the following,

## FINDINGS OF FACT

1. Defendant Scott Woodworth endorsed the Note and Security Agreement attached as Exhibit "A" to the Affidavit of Kristi E. Miller.

2. That Plaintiff DSC duly and properly filed the UCC Financing Statement pertaining to DSC's security interest in the inventory and other collateral of Specialized Motors as described on Exhibit "B" to the Affidavit of Kristi E. Miller.

3. Defendant Scott Woodworth endorsed the Individual Personal Guaranty in favor of DSC as evidenced on Exhibit "C" to the Affidavit of Kristi E. Miller.

4. Debtor Scott Woodworth sold following vehicles which were financed by Plaintiff DSC:

| Vehicle Description | VIN |
| --- | --- |
| 2005 BMW 3-Series 325xi | WBAEU33485PF63239 |
| 2004 Audi A6 S-Line | SAUCD64B94N096233 |
| 2003 Land Rover Range Rover | SALMB11493A115898 |
| 2006 Ford Mustang GT | 1ZVFT82H165219786 |
| 2005 Volkswagen New Beetle GL | 3VWBM31Y65M357798 |

5. That pursuant to the terms of the Note and Security Agreement between the parties, the proceeds from the sales of the vehicles financed by DSC identified in finding of fact "4" hereof in the amount of Seventy-Six Thousand, Five Hundred Fourteen and 84/100 Dollars ($76,514.84), were to be held in trust by Defendant Woodworth in the capacity of Trustee of such proceeds for transfer to DSC.

6. Debtor Woodworth failed to remit to Plaintiff DSC the proceeds from the sale of the vehicles identified in finding of fact "4" hereof. Debtor's defalcation while acting in a fiduciary capacity within the meaning of 11 U.S.C. § 523(a)(4), and the sum of which is DSC's actual damages relating to Woodworth's actions.

Agreed Findings of Fact and
Conclusions of Law - 2

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

10-80094-FLK    Doc 25    Filed 03/25/11    Entered 03/28/11 09:08:36    Pg 2 of 3

Based on the above, the Court enters the following,

## CONCLUSIONS OF LAW

A. The actions of the debtor collectively constituted violations of debtors' fiduciary responsibilities to Plaintiff Dealer Services Corporation and are therefore nondischargeable under the provisions of 11 U.S.C. § 523(a)(4).

B. Debtor's defalcation while acting in a fiduciary capacity within the meaning of 11 U.S.C. § 523(a)(4), constitutes nondischargeable debt to DSC in the amount of DSC's actual damages in the sum of Seventy-Six Thousand, Five Hundred Fourteen and 84/100 Dollars ($76,514.84).

Agreed to and Stipulated to be effective the date of entry.

DATE: March 9, 2011

VELIKANJE HALVERSON P.C.

By: _____
Carter L. Fjeld, WSBA #11290
Attorneys for Plaintiff

DATE: March 17, 2011

K. DENNY COLVIN, ATTORNEY AT LAW

By: _____
K. Denny Colvin, WSBA #6827
Attorney for Debtor/Defendant

Frank L. Kurtz
Bankruptcy Judge

03/25/2011 09:56:57

Agreed Findings of Fact and
Conclusions of Law - 3

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

10-80094-FLK    Doc 25    Filed 03/25/11    Entered 03/28/11 09:08:36    Pg 3 of 3